```
_____ FILED _____ LODGED
        _____ RECEIVED
```

April 8, 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In the Matter of the Extradition of:

**MIGUEL EDUARDO OYOLA JIMENEZ**

CASE NO. 3:25-MJ-05095-GJL

DETENTION ORDER

The Republic of Chile ("Chile") sought a provisional arrest warrant of Miguel Eduardo Oyola Jimenez "with a view toward his extradition" and in accordance with Article 11 of the extradition treaty currently in force between Chile and the United States. Dkt. 1 at 1-2. The United States pursuant to its obligations under the Treaty and 18 U.S.C. § 3181 *et seq.*, filed a Complaint in this District in support of the arrest warrant. *Id.* On March 14, 2025, the Court found sufficient probable cause to support the allegations in the complaint and issued a warrant for Mr. Oyola's arrest. Dkts. 1, 2. Mr. Oyola was arrested and he initially appeared before the Court on March 18, 2025. Dkt. 10. Based upon the Government's Motion for Detention and the defense Motion to Continue the detention hearing, the Court set a detention and status hearing for April 3, 2025.1 Dkts. 4, 10.

DETENTION ORDER - 1

1  Defense counsel and Mr. Oyola subsequently advised the Court orally and in writing that
2  Mr. Oyola desired to consent to detention without prejudice. Dkts. 13, 14. On April 3, 2025, the
3  Court accepted Mr. Oyola's consent to detention, granted the Government's Motion for
4  Detention and ordered Mr. Oyola detained pending further proceedings in this matter. Dkt. 14.

6  Dated this 8th day of April, 2025.

Grady J. Leupold
United States Magistrate Judge